# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| JAMES E. PRICE, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | No. 3:17-CV-2389-M |
| | § | |
| KAVELL BROWDER-WHITEHURST | § | |
| and THE NIELSON COMPANY, | § | |
|     Defendants. | § | |

## ORDER

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed Findings and Recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Signed this 20th day of November, 2017.

BARBARA M. G. LYNN
CHIEF JUDGE